**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-6871**

———————————

JAIME ACEVEDO,

Plaintiff - Appellant,

versus

M. WARNER; G. JOHNSON; L. W. HUFFMAN; F.
SCHILLING; D. A. BRAXTON; R. FLEMING; J.
ARMENTROUT; M. YOUNCE; S. HARRISON; J.
ROBINSON; SERGEANT S. MULLINS; R. ROSE;
HORNAKER; J. A. FANNIN; K. MCCOY; C. E. YATES;
SERGEANT J. B. O'QUINN; D. TATE; D. D. MOORE;
SERGEANT D. DAMRON; B. FLEMING; L. FLEMING; S.
LONG; CORPORAL G. COUNTS; J. BENTLEY; S.
HOPKINS; M. KENNEDY; COUCH; CORPORAL R.
EDWARDS; J. TAYLOR; N. BRANNAN; D. BARTON; S.
TURNER; S. BOUCH; PAUL WILLIAMS, Doctor;
GREENE; D. LESTER; V. PHIPPS; D. YATES; L.
KILGORE; T. BROOK; P. MULLINS; H. BOLLING; M.
D. ROBERTS; G. MEADE; R. MOOREFIELD; BRANHAM;
DEEL; D. MCKNIGHT; B. ROSE; REED; L. YATES; J.
OAKES; NEEDHAM; CAPTAIN L. FLEMING; D.
FLEMING; LIEUTENANT FOWLER; J. KISER; CAPTAIN
K. CHRIS; ROBY EDWARDS; JAMES BENTLEY; RICHARD
TURNER; TODD NEEDHAM,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-03-526-7-jct-mfu)

———————————

Submitted:  October 31, 2005      Decided:  November 21, 2005

———————————

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jaime Acevedo, Appellant Pro Se.  William W. Muse, Assistant Attorney General, Richmond, Virginia; Mark Edward Frye, PENN, STUART & ESKRIDGE, Bristol, Tennessee, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jaime Acevedo appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Acevedo v. Warner, No. CA-03-526-7-jct-mfu (W.D. Va. filed Mar. 29, 2005 & entered Mar. 30, 2005; filed Apr. 20, 2005 & entered Apr. 21, 2005; filed June 1, 2005 & entered June 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED